Lindsey E. Kress (SBN 278213)
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104-4815
Phone: (415) 318-8826
Fax: (415) 676-5816
lkress@lockelord.com

Steven T. Whitmer (admitted *pro hac vice*)
Ashlee M. Knuckey (admitted *pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 443-1869
Fax: (312) 896-6569
swhitmer@lockelord.com
aknuckey@lockelord.com

Counsel for Plaintiffs
ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS and AMERICAN ZURICH INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS and AMERICAN ZURICH INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>PETERSEN-DEAN, INC.,<br><br>Defendant. | CASE NO. 3:17-cv-01273-WHO<br><br>Hon. William H. Orrick<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date: June 20, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor |

Plaintiffs Zurich American Insurance Company, Zurich American Insurance Company of Illinois and American Zurich Insurance Company (collectively, "Zurich" or "Plaintiffs") and defendant Petersen-Dean, Inc. ("Defendant" or "Petersen-Dean") (collectively with Zurich, the "Parties"), by and through their counsel of record, stipulate and request as follows:

WHEREAS, a Case Management Conference is currently scheduled to occur on June 20, 2017 at 2:00 p.m. in the above-referenced Court located in San Francisco, California.

1

WHEREAS, lead counsel for Zurich, Steven T. Whitmer, is located in Chicago, Illinois.

WHEREAS, Mr. Whitmer has a conflict with an unrelated matter scheduled for a jury trial on June 19, 2017 in Florida.

WHEREAS, due to this conflict, Mr. Whitmer is unable to attend the Case Management Conference set for June 20, 2017.

WHEREAS, the Parties are scheduled to appear in Oakland, California on June 29, 2017 at 11:00 a.m., in connection with a dispute currently pending before Magistrate Judge Ryu in the United States District Court for the Northern District of California, Oakland Division, Case No. 4:13-cv-05758-DMR.

WHEREAS, the Parties stipulate and request that the Case Management Conference be continued to June 27, 2017 at 2:00 p.m.

WHEREAS, the Parties stipulate and agree that this change of time is not requested for purposes of delay, will not affect any other deadline set by the Court and will not result in any prejudice to the Parties or to the Court.

WHEREAS, there is good cause for granting this request because (1) Mr. Whitmer is unable to attend the Case Management Conference currently set for June 20, 2017 due to a conflict with a trial that is set for June 19, 2017 in an unrelated matter in Florida, and (2) Mr. Whitmer will be in the Bay Area on June 29, 2017 for a proceeding in another action and continuing the Case Management Conference to June 27, 2017 will avoid the need for multiple trips.

## **STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendant as follows:

1. The Parties request that the Case Management Conference set for June 20, 2017 at 2:00 p.m. be continued to June 27, 2017 at 2:00 p.m.

IT IS SO STIPULATED AND REQUESTED.

///

///

///

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
*Zurich Am. Ins. Co., et al. v. Petersen-Dean, Inc.,* Case No. 3:17-cv-01273-WHO

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

| | | |
|---|---|---|
| Dated: June 9, 2017 | | LOCKE LORD LLP |
| | By: | */s/Ashlee M. Knuckey* |
| | | Steven T. Whitmer (admitted *pro hac vice*) |
| | | Ashlee M Knuckey (admitted *pro hac vice*) |
| | | Lindsey E. Kress |
| | | Attorneys for Plaintiffs |
| | | ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS and AMERICAN ZURICH INSURANCE COMPANY |
| Dated: June 9, 2017 | | PETERSEN-DEAN, INC. |
| | By: | */s/George Milionis* |
| | | George Milionis |
| | | Neha Sareen |
| | | Kenneth Tsang |
| | | Attorneys for Defendant |
| | | PETERSEN-DEAN, INC. |

## [~~PROPOSED~~] ORDER

For good cause shown, the Case Management Conference currently set for June 20, 2017 at 2:00 p.m. is hereby continued to June 27, 2017 at 2:00 p.m. in Courtroom 2 of the above-entitled Court.

Dated: June 12, 2017

_____
Hon. William H. Orrick
United States District Judge