GEORGE MILIONIS, ESQ. (SBN 213092)
NEHA SAREEN, ESQ. (SBN 286037)
KENNETH TSANG, ESQ. (SBN 219284)
PETERSEN-DEAN, INC.
39300 CIVIC CENTER DRIVE, SUITE 300
FREMONT, CA 94538
TELEPHONE: (510) 371-6574
FACSIMILE: (510) 494-2760

Attorneys for Defendant, Counterclaimant and
Proposed Third-Party Plaintiff
PETERSEN-DEAN, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, AMERICAN ZURICH INSURANCE COMPANY, AND ZURICH SERVICES CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> PETERSEN-DEAN, INC., <br><br> Defendant <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 3:17-cv-01273-WHO <br><br> **PETERSEN-DEAN, INC.'S OPPOSITION TO ZURICH SERVICE CORPORATION'S MOTION TO DISMISS** <br><br> Hearing Date: July 12, 2017 <br> Time:            2:00 p.m. <br> Place:          Courtroom 2, 17th Floor |

Defendant, Counterclaimant and Proposed Third-Party Plaintiff Petersen-Dean, Inc. ("PDI") submits its Opposition to Zurich Services Corporation's ("ZSC") Motion to Dismiss Pursuant to Rule 12(b)(6) (hereinafter the "Motion to Dismiss"). On June 15, 2017, PDI filed its Motion for Leave to File Third-Party Complaint ("Motion for Leave") against ZSC. The hearing is set for August 9, 2017 at 2:00PM. As this Court has yet to rule on PDI's Motion for Leave, PDI respectfully requests that this Court deny the instant motion.

## ARGUMENT

Pursuant to Federal Rule of Civil Procedure Rule 14 ("Rule 14"), PDI accordingly moved for leave to file a third-party complaint against ZSC. The proposed Third-Party Defendant, ZSC, is or may be liable to PDI for the counterclaims alleged by PDI against Zurich American Insurance Company, Zurich American Insurance Company of Illinois, and American Zurich Insurance Company (collectively "Plaintiffs"). As Plaintiffs contracted with its sister company, ZSC, in order to manage PDI's workers' compensation claims, and because the mishandling of said claims by ZSC serves as an integral part of PDI's counterclaims against Plaintiffs, ZSC is or may be liable for the damages alleged by PDI in the instant litigation.

PDI therefore filed its Motion for Leave on June 15, 2017 (*See* Dkt. 37.) ZSC bases its Motion to Dismiss on the alleged argument that PDI has no viable counterclaim(s) against ZSC. However, the Motion for Leave addresses in detail the viability of PDI's counterclaim(s) against ZSC. PDI therefore requests that this court dismiss ZSC's Motion to Dismiss and grant PDI's Motion for Leave on August 9, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

1

2                                    <u>CONCLUSION</u>

3          For the reasons mentioned above, PDI respectfully request that this Court deny the instant

4   motion, as PDI has accordingly moved for leave to serve a third-party complaint against ZSC.

5

6   Dated: June 16, 2017                          By: _____/s/_____

7                                                      George Milionis, Esq.
                                                       Neha Sareen, Esq.
8                                                      Attorneys for Defendant and
                                                       Counter-Claimant and Proposed Third-Party
9                                                      Plaintiff PETERSEN-
                                                       DEAN, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETERSEN-DEAN, INC.'S OPPOSITION TO ZURICH SERVICE CORPORATION'S MOTION TO DISMISS
3:17-CV-01273-WHO

## PROOF OF SERVICE

*Zurich, et al. v. Petersen-Dean, Inc. et al.*
*Northern District of California Case No. 3:17-cv-01273-WHO*

I, Ann Hernandez, declare:  I am a citizen of the United States, over the age of eighteen years, and am not a party to the within action.  My business address is 39300 Civic Center Drive, Suite 300, Fremont, California 94538.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**PETERSEN-DEAN, INC.'S OPPOSITION TO ZURICH SERVICE CORPORATION'S MOTION TO DISMISS**

on said date at my place of business, a true copy thereof, was placed in a sealed envelope in the ordinary course of business, addressed to the parties as follows:

☐   **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the U.S. mail at Fremont, California.

☐   **(BY FASCIMILE)** I caused such documents to be delivered by facsimile transmission this date to the offices of the addressee(s), to the fax number noted herein.

☒   **(BY ELECTRONIC SERVICE)** I provided the document listed above electronically to PACER website to be **distributed to the service list maintained by Pacer**.  The file transmission was reported as complete with a successful and confirmed file upload.  The confirmation will be maintained with the original document in our office.

☐   **(BY E-MAIL)** I caused such documents to be delivered by electronic transmission.

☐   **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

See Attached Service List

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 16, 2017 at Fremont, California.

Ann Hernandez

Proof of Service

Page 1